**Judge Hellerstein**

FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRISTOL INVESTMENT FUND. LTD.,

            Plaintiff,

-against-

NAYNA TECHNOLOGIES, INC.,

            Defendant.

07 CIV 8781

Case No.:

**RULE 7.1 STATEMENT**

ECF CASE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Bristol Investment, Fund, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

NONE

Dated: New York, New York
       October 11, 2007

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Thomas J. Fleming (TF4423)
Park Avenue Tower
65 East 55th Street
New York New York 10022
(212) 451-2300
*Attorneys for Plaintiff Bristol Investment Fund, Ltd.*

555419-1