UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

---

BRISTOL INVESTMENT FUND, LTD.,

                       Plaintiff,

      -against-

NAYNA TECHNOLOGIES, INC.,

                      Defendant.

Case No. 07 CIV 8781 (AKH)(DFE)

**CERTIFICATE OF SERVICE**

---

    I, THOMAS J. FLEMING, JR., am not a party to this action and am over the age of 18, and certify under penalty of perjury that on October 12, 2007, I served a true copy of the **Complaint, Summons, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Eaton, Individual Practices of Judge Alvin K. Hellerstein, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing** by first class mail, pursuant to the written agreement, between the parties upon:

                      Nayna Technologies, Inc.
              4699 Old Ironsides Drive, Suite 420
                  Santa Clara, CA 95054

                                           _____
                                             Thomas J. Fleming, Jr.

AO 440 (Rev. 8/01) Summons in a Civil Action

# Judge Hellerstein UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

BRISTOL INVESTMENT FUND, LTD.

V.

NAYNA TECHNOLOGIES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8781

TO: (Name and address of Defendant)

Nayna Technologies, Inc.
4699 Old Ironsides Drive, Suite 420
Santa Clara, CA 95054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Fleming, Jr., Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                                              DATE   OCT 1 1 2007

(By) DEPUTY CLERK