AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BRISTOL INVESTMENT FUND, LTD.

V.

NAYNA NETWORKS, INC.

AMENDED
## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CIV 8781 (AKH)(DFE)

TO: (Name and address of Defendant)

Nayna Networks, Inc.
4699 Old Ironsides Drive, Suite 420
Santa Clara, CA 95054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Fleming, Jr., Esq.
Lori Marks-Esterman, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_
(By) DEPUTY CLERK

DATE: DEC 05 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

| | |
|---|---|
| BRISTOL INVESTMENT FUND, LTD.,<br><br>Plaintiff,<br><br>-against-<br><br>NAYNA NETWORKS, INC.,<br><br>Defendant. | Case No. 07 CIV 8781 (AKH)(DFE)<br><br>**CERTIFICATE OF SERVICE** |

    I, JULIANNE M. FOLEY, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on December 6, 2007, I served a true copy of the **Amended Complaint, Amended Summons, Individual Practices of Magistrate Judge Eaton, Individual Practices of Judge Alvin K. Hellerstein, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing** by first class mail, pursuant to the written agreement, between the parties upon:

                Nayna Networks, Inc.
          4699 Old Ironsides Drive, Suite 420
               Santa Clara, CA 95054

                                                  _____
                                                    Julianne M. Foley