UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRISTOL INVESTMENT FUND LTD.,

                Plaintiff,

-against-

NAYNA TECHNOLOGIES, INC.,

                Defendant.
-------------------------------------------------------------x

Index No. 07 CIV 8781 (AKH)(DFE)

**DEFAULT JUDGMENT**

This action having been commenced on October 11, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Nayna Technologies, Inc., on October 12, 2007 by mail pursuant to agreement between the parties, and a copy of the Amended Summons and Complaint having been personally served on the same, on December 6, 2007 by mail pursuant to agreement between the parties, and a proof of service of the Amended Summons and Complaint having been filed on December 7, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $231,000.00 with interest at 9% from August 16, 2007 amounting to $9,563.40 plus costs and disbursements of this action in the amount of $350.00 amounting in all to $240,913.40.

Dated: New York, New York
2/5/08

_____
U.S.D.J.

This document was entered on the docket on _____.

566392-1